ACCEPTED
14-14-00753-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/11/2015 3:59:50 AM
CHRISTOPHER PRIN
CLERK

APPELLATE CAUSE NO. <u>14-14-00753-CV</u>

## IN THE FOURTEENTH COURT OF APPEALS

### HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 3:59:50 AM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Woodrow W. Miller, Assignee of Judgments 2 CA$H, LLC | )( )( )( |
| vs. | )( |
| Royal ISD and Waller County | )( )( )( |

## MOTION FOR SECOND EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES Woodrow W. Miller, Assignee of Judgments 2 CA$H, LLC, Appellant pro se, and files this Motion for Second Extension of Time To File Appellant's Brief, and shows the Court the following:

1. Appellant's brief is due on February 13, 2015. Appellant asks for an extension of ten (10) days, to and including February 23, 2015, to file his brief.

2. Appellant had a computer malfunction and had to reconstruct lost data, thus causing delay and the need for an extension.

3. One 30-day extension was previously granted.

4. This is the second extension to file the appellate brief requested by Appellant.

WHEREFORE, Appellant prays the Court for an extension of ten (10) days, to and including February 23, 2015, to file his brief.

Respectfully submitted,

*Woodrow Miller*

Woodrow W. Miller, Assignee
Pro se
President and Assignee of
Judgments 2 CA$H, LLC
12929 Main
Houston, Texas 77035
Tel: (832) 890-8505
Fax: (713) 721-6383
Email: wwmiller2012@gmail.com

## Certificate of Service

I certify that on the 11th day of February 2015, a true and correct copy of the foregoing document was forwarded to:

Attorney for Royal ISD:    Mr. Henry Steen, Jr., LAW OFFICE OF HENRY GATES STEEN, JR. P.C., Steen Building, Suite 306, 3001 N. Lamar Boulevard, Austin, Texas 78705, Tel (512) 476-4688,  fax (512) 476-0325; **by email** to henry_steen@steenlaw.com by eservice; and to

Attorney for Waller County:    Ms. Otilia R. Gonzales, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.; 1235 North Loop West, Suite 600, Houston, Texas 77008, (713) 862-1860; fax (713) 892-1429; **by email** to ogonzales@pbfcm.com, by eservice and to

Ad Litem Attorney:    Mr. Charles J. Karish, 816 Wilkins Street, Hempstead, Texas 77445 (979) 826-2478 **by fax** to (979) 826-8681.

*WWM*

Woodrow W. Miller